ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (CA SBN 263878)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-4961
   Facsimile: (213) 894-0115
RICHARD G. ROSE
Trial Attorney, Tax Division
United States Department of Justice
   P.O. Box 7238, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-2032
   Facsimile: (202) 514-6770
   Email: richard.g.rose@usdoj.gov

JS-6

Attorneys for Plaintiff the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN MANUEL MENDEZ,<br><br>    Defendant. | Case No. EDCV13-2167-CAS(RZx)<br><br>[Proposed] FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST JUAN MANUEL MENDEZ |

    Pursuant to the "STIPULATION FOR ENTRY OF FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST JUAN MANUEL MENDEZ" filed concurrently herewith:

///

///

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The court has jurisdiction over defendant Juan Manuel Mendez, and over the subject matter of this proposed action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

2. Pursuant to 26 U.S.C. §§ 7402, 7407 and 7408, Defendant Mendez, and his representatives, agents, servants, employees, and anyone in active concert or participation with him are permanently enjoined from directly or indirectly or indirectly:

    a. Acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of federal tax returns or other tax forms or documents for any person or entity other than himself (or his spouse if he files a joint return).

    b. Engaging in any other activity subject to penalty under 26 U.S.C. §§ 6694, 6695, or 6701; and

    c. Engaging in conduct that substantially interferes with the administration or enforcement of the internal revenue laws.

3. Defendant Mendez waives the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure and 26 U.S.C. §§ 7402, 7407 and 7408.

4. Defendant Mendez understands that this Final Judgment of Permanent Injunction will constitute the final judgment against him in this civil injunction action. Defendant Mendez waives any right he may have to appeal from this Final Judgment of Permanent Injunction.

5. Defendant Mendez consents to the entry of this Final Judgment of Permanent Injunction and agrees to be bound by its terms.

6. Entry of this permanent injunction resolves only this civil injunction action, and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings, nor precludes Defendant Mendez

from contesting his liability or guilt in any other matter or proceeding. Nothing in this Stipulated Final Judgment of Permanent Injunction relieves Defendant Mendez of any obligation imposed on him in the criminal case entitled *United States v. Juan Manuel Mendez*, Case No. 2:11-cr-01073-R (C.D. Cal.).

7. Nothing in this Stipulated Final Judgment of Permanent Injunction precludes the Internal Revenue Service from assessing taxes, interest, or penalties against him for asserted violations of the Internal Revenue Code, nor precludes Defendant Mendez from contesting such taxes, interest, or penalties.

8. This Court shall retain jurisdiction over the defendant, Juan Manuel Mendez and over this action to enforce this injunction and the United States shall be entitled to conduct discovery to monitor Defendant Mendez's compliance with the terms of this injunction entered against him.

**IT IS SO ORDERED.**

DATED:     December 2, 2013

CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES
Assistant United States Attorney
            /S/
RICHARD G. ROSE
U.S. Department of Justice, Tax Division

Attorneys for Plaintiff
United States of America